441 A.2d 767

Commonwealth v. Kellam, Appellant.

Petition for Allowance of Appeal Denied April 23, 1982.

 Argued October 5, 1981. George T. Guarnieri, for appellant; Steven Cooperstein, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, McEWEN and POPOVICH, JJ.

Judgment of sentence affirmed.